REBECCA HARLOW (*pro hac vice forthcoming*)
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

Gregory A. Brower
Nevada Bar No. 5232
gbrower@bhfs.com
Ashley N. Schobert
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: +1 702 464 7026

*Attorneys for Defendants*
*Figure Technology Solutions, Inc.,*
*Figure Lending LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN ARABIAN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIGURE TECHNOLOGY SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No.  2:26-cv-01008-JAD-BNW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

51971738.1

Defendant and Plaintiff, through their respective undersigned counsel, hereby respectfully request this Court extend Defendant's deadline to respond to Plaintiff's Complaint by 30 days from June 30, 2026 until July 30, 2026.

This is the first stipulation for an extension of time to respond to Plaintiff's Complaint. This extension of time is requested because the parties are actively engaged in discussions regarding a potential settlement across six related matters across five jurisdictions. Good cause exists for the requested extension because the parties are working toward a potential global resolution that may narrow or eliminate the issues requiring litigation, and the requested extension will allow those efforts to proceed. This stipulation is made in good faith and not in an effort to delay the proceedings.

All parties appearing in this action are represented in this stipulation.

Dated: June 29, 2026

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Gregory A. Brower
Gregory A. Brower (Nevada Bar No. 5232)
gbrower@bhfs.com
Ashley N. Schobert (Nevada Bar No. 16317)
aschobert@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: (702) 464-7026

ORRICK HERRINGTON & SUTCLIFFE LLP
Rebecca Harlow (*pro hac vice forthcoming*)
rharlow@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700

*Attorneys for Defendants*
*Figure Technology Solutions, Inc.,*
*Figure Lending LLC*

THE BOURASSA LAW GROUP, LLC

By: /s/ Mark J. Bourassa
Mark J. Bourassa

- 2 -

51971738.1

mbourassa@blgwins.com
2350 W Charleston Blvd
Suite 100
Las Vegas, NV 89102
Telephone: (702) 851-2180

LYNCH CARPENTER, LLP
Gerald D Wells, III (*pro hac vice*)
jerry@lcllp.com
Stephen E. Connolly (*pro hac vice*)
steve@lcllp.com
1760 Market Street, Ste 600
Philadelphia, PA 19103
Telephone: 267-609-6910

*Attorneys for Plaintiff and the Proposed Class*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 30, 2026

- 3 -

51971738.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2026, I caused a true and correct copy of the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (First Request)** to be filed with the Clerk of the United States District Court for the District of Nevada using the CM/ECF system, which sends notice to all counsel of record in the above-entitled action.

> /s/ Maximillian D. Tollestrup
> an employee of
> BROWNSTEIN HYATT FARBER SCHRECK, LLP

- 4 -

51971738.1