REBECCA HARLOW (*pro hac vice forthcoming)*
rharlow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700

Gregory A. Brower
Nevada Bar No. 5232
gbrower@bhfs.com
Ashley N. Schobert
Nevada Bar No. 16317
aschobert@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: +1 702 464 7026

*Attorneys for Defendants*
*Figure Technology Solutions, Inc.,*
*Figure Lending LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN ARABIAN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIGURE TECHNOLOGY SOLUTIONS, INC., et al.,<br><br>Defendants. | Case No. 2:26-cv-01008-GMN-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**(Third Request)** |

Defendant and Plaintiff, through their respective undersigned counsel, hereby respectfully request this Court extend Defendant's deadline to respond to Plaintiff's Complaint by 30 days from August 31, 2026 to September 30, 2026.

This is the third stipulation for an extension of time to respond to Plaintiff's Complaint. This is one of five actions across four jurisdictions filed against Defendants and/or related entities asserting claims arising out of the same data incident. This extension of time is requested because the parties have engaged in productive discussions over the last month and are nearing early resolution of the matter on a class-wide basis and require additional time to continue those discussions. Good cause exists for the requested extension because the parties are nearing a class-wide settlement that may narrow or eliminate the issues requiring litigation, and the requested extension will allow those discussions to continue without prejudice to any party. This stipulation is made in good faith and not for purposes of delay.

All parties appearing in this action are represented in this stipulation.

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2026

Dated: August 28, 2026

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Gregory A. Brower*

Gregory A. Brower (Nevada Bar No. 5232)
gbrower@bhfs.com
Ashley N. Schobert (Nevada Bar No. 16317)
aschobert@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, Nevada, 89106-4614
Telephone: (702) 464-7026

ORRICK HERRINGTON & SUTCLIFFE LLP

Rebecca Harlow (*pro hac vice forthcoming)*
rharlow@orrick.com
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700

*Attorneys for Defendants*
*Figure Technology Solutions, Inc.,*
*Figure Lending LLC*

THE BOURASSA LAW GROUP, LLC

By: *<u>/s/ Mark J. Bourassa</u>*
Mark J. Bourassa
mbourassa@blgwins.com
2350 W Charleston Blvd
Suite 100
Las Vegas, NV 89102
Telephone: (702) 851-2180

LYNCH CARPENTER, LLP
Gerald D Wells, III (*pro hac vice*)
jerry@lcllp.com
Stephen E. Connolly (*pro hac vice*)
steve@lcllp.com
1760 Market Street, Ste 600
Philadelphia, PA 19103
Telephone: 267-609-6910

*Attorneys for Plaintiff and the Proposed Class*